**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

*Robert Frazer*
*United States Attorney*

*Christopher J. Stratigeas*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*
*christopher.stratigeas@usdoj.gov*

*main: (973) 645-2700*
*direct: (973) 297-2029*

November 10, 2026

**<u>Via Electronic Filing</u>**
Honorable Robert Kirsch, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: *Basto Adarme v. Blanche, et al.*, No. 26-08957 (RK)**
**Petitioner's Release**

Dear Judge Kirsch:

This Office represents Respondents in this habeas action. We respectfully write to report that U.S. Immigration and Customs Enforcement ("ICE") informed this Office that Petitioner was released from custody at 11:00 p.m. on August 6, 2026.

This Office timely notified ICE of the Court's August 6, Text Order, ECF No. 3, and ICE timely advised this Office of Petitioner's release on August 7, 2026, at 10:58 a.m. We failed to timely file this letter confirming release due to an administrative oversight which resulted in omitting Petitioner's name from our list of daily release updates. The Office apologizes to the Court for this late notification.

We therefore respectfully request that the Court close this case and lift all temporary restraints.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney General

By: */s Christopher Stratigeas*
CHRISTOPHER STRATIGEAS
Assistant United States Attorney
*Attorneys for the Respondents*

cc: All counsel of record (*via electronic filing*)

**SO ORDERED.**

Robert Kirsch, U.S.D.J.
DATE: November 13, 2026